### 10564. MITCHELL v. THE STATE.

STEPHENS, J. 1. In the absence of a timely written request therefor it was not error for the trial judge to fail to charge the law relative to the weight to be given to confessions of guilt.

2. The evidence authorized the verdict.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
DECIDED JULY 22, 1919.

Indictment for sale of liquor; from Randolph superior court—Judge Worrill. March 31, 1919.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.